## Julia Martoccio, Appellant, v. Thomas D. Orgo et al., Appellees.

**Gen. No. 9,482.**

Heard in this court at October term, 1939; opinion filed May 15, 1940; rehearing denied June 18, 1940; Weaver & Weaver and Charles L. Cohns, for appellant; Rathje & Woodward and Carlton L. Fischer, for appellees. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."